# TELEDYNE CONTINENTAL MOTORS
*A Teledyne Technologies Company*

MOBILE, ALABAMA

## INVOICE

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA10653P | NET 30 DAY | 01/09/2002 | 327426 |

**SOLD TO**
STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O. BOX 12349
GREENVILLE, SC 29612-0349

**SHIPPED TO**
STEVENS AVIATION, INC.
NASHVILLE INT'L. AIRPORT
NASHVILLE INT'L. AIRPORT

**REMIT TO:**
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

WIRE TRANSFER:
MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 654892 | CROSSOVER ASSEMBLY | | P09577 | 01/09/2002 | 1 | 25 | $921.89 | $691.42 |

| MISCELLANEOUS CHARGES | | MISCELLANEOUS CHARGES | | MISCELLANEOUS CHARGES | | TOTAL ADDED CHGS. |
|---|---|---|---|---|---|---|
| PNEXT | 9.76 | | | | 0 | $9.76 |

FORM NO. P-SVC2-A Rev. 11/93

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE. PRICES HEREIN ARE SELLER'S PRICES IN EFFECT AT THE TIME OF SHIPMENT.

**PLEASE PAY THIS AMOUNT ---> $701.18**

Print  Next

**Shipper Carrier**       **Tracking No.**
P09577  AIRBORNE EXPRESS 52399850963   Ship Info


RECEIVED JAN 14 2002