# Stevens Aviation, Inc.
## Work Order

2/16/2011 10:27:44 PM

| | |
|---|---|
| Work Order: | BJC.18706/125 |
| Customer Order: | BJC.18706/1 |
| Date Opened: | 08/08/2002 |
| Registration: | N4474M |
| Manufacturer: | BEECH |
| Model: | B36TC |
| Serial Number: | EA-674 |
| A/C Total Time: | 194.4 |
| Hour Meter: | |
| Flight Checked By: | 8/9/2002 |
| Shop Manager: | BOB REIMER |

Bill To: 00000055
WAR/TELEDYNE CONT
600 DELAWARE STREET
GREENVILLE, SC 29605
USA

Ship To: WILLIAM MEIER
9743 NIWOT ROAD
NIWOT, CO 80504

Terms: NET 30 DAYS - Freight Billed

---

**1  HEATER MUFFLER END CAP FLANGE BROKEN.**
REMOVED AND REPLACED MUFFLER WITH
NEW P/N 654345.

**LABOR Section**

| | Hrs Worked | Extended Rate |
|---|---|---|
| Labor Totals | 3.50 | $252.00 |

**FREIGHT Section**

| Part Id | Desc | U/M | Issued | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 11 FREIGHT-IN | FREIGHT IN CROSSOVER. FRT/AOG FEE | $ | 1 | $406.33 | $406.33 |

| | |
|---|---|
| Freight Totals | $406.33 |

**PART Section**

| Part Id | Desc | U/M | Issued | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 654345 | CROSSOVER-EXHAUST | EA | 1 | $1,960.87 | $1,960.87 |

| | |
|---|---|
| Part Totals | $1,960.87 |
| Item Total | $2,619.20 |

---

**2  MAGNETO PRESSURE FILTER DUE REPLACEMENT.**
REMOVED AND REPLACED FILTER WITH NEW
P/N 653386.

**LABOR Section**

| | Hrs Worked | Extended Rate |
|---|---|---|
| Labor Totals | 0.50 | $36.00 |

**PART Section**

| Part Id | Desc | U/M | Issued | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 653386 | AIR FILTER | EA | 1 | $74.69 | $74.69 |

| | |
|---|---|
| Part Totals | $74.69 |
| Item Total | $110.69 |

Stevens Aviation, Inc.
Work Order

Work Order: BJC.18706/125
Customer Order: BJC.18706/1
Date Opened: 08/08/2002

Terms: NET 30 DAYS - Freight Billed

| | |
|---|---:|
| Parts Totals | $2,035.56 |
| Freight Totals | $406.33 |
| Misc Item Totals | |
| Labor Totals | $288.00 |
| Outside Service Totals | |
| Total Department | $2,729.89 |