

# TELEDYNE
## CONTINENTAL MOTORS
*A Teledyne Technologies Company*

**INVOICE**

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA10946P | NET 30 DAY | 02/19/2002 | 332210 |

### SOLD TO

STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O.BOX 12349
GREENVILLE, SC 29612-0349

MOBILE, ALABAMA

### SHIPPED TO

STEVENS AVIATION INC
707 HANGAR LANE

WAYNE ROARK

**REMIT TO:**
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

WIRE TRANSFER:

MELLON BANK
ACCOUNT NUMBER: 034-0562
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 652458 | GSKTEXHFLG | 652458 | P12063 | 02/19/2002 | 12 | 0 | $2.86 | $34.32 |
| 655469A6 | CYL & VLV ASM | 655469A6 | P12063 | 02/19/2002 | 1 | 0 | $1,089.12 | $1,089.12 |
| MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | | | | | | | |
| PNEXT | 40.04 | AOG CHARGE | 224.68 | | | | | |

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.
NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT
NOTICE. PRICES HEREIN ARE SELLER'S PRICES IN
EFFECT AT THE TIME OF SHIPMENT.

| TOTAL ADDED CHGS. | $264.72 |
|---|---|

**PLEASE PAY THIS AMOUNT ----->** $1,388.16

FORM NO. P-SVC2-A Rev. 11/93

**Shipper Carrier**
P12063  AIRBORNE EXPRESS 5239989236

**Tracking No.**
5239989236

 Print  Exit

 Ship Info

FEB 27 2002