# TELEDYNE CONTINENTAL MOTORS
*A Teledyne Technologies Company*

MOBILE, ALABAMA

## INVOICE

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA10974 | NET 30 DAY | 02/22/2002 | 332681 |

——— SOLD TO ———
STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O. BOX 12349
GREENVILLE, SC 29612-0349

——— SHIPPED TO ———
STEVENS AVIATION INC.
NASHVILLE INTL. AIRPORT
NASHVILLE INTL. AIRPORT

REMIT TO:
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

WIRE TRANSFER:
MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 654857 | PISTON-5.25 DIA | 654857 | P12205 | 02/21/2002 | 1 | 0 | $119.42 | $119.42 |
| PNEXT 9.76 | MISCELLANEOUS CHARGES | | MISCELLANEOUS CHARGES | AOG CHARGE 50 | | | | |

| | TOTAL ADDED CHGS. |
|---|---|
| | $59.76 |

PLEASE PAY THIS AMOUNT ---->   $179.18

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
PRICES HEREIN ARE SELLER'S PRICES IN EFFECT AT THE TIME OF SHIPMENT.

FORM NO. P-SVC2-A Rev. 11/93

Shipper Carrier      Tracking No.
P12205  AIRBORNE EXPRESS 5239889862   [Ship Info]

[Print] [Exit]


