TELEDYNE CONTINENTAL MOTORS
A Teledyne Technologies Company
MOBILE, ALABAMA

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA11075P | NET 30 DAY | 03/20/2002 | 335904 |

# INVOICE

REMIT TO:
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

---SOLD TO---

STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O.BOX 12349
GREENVILLE, SC 29612-0349

---SHIPPED TO---

STEVENS AVIATION INC.
NASHVILLE INT'L. AIRPORT
707 HANGAR LANE
DAVID JENKINS

WIRE TRANSFER:
MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 653267 | MAGNETO | 653267 | P13837 | 03/ 20/2002 | 1 | 25 | $903.57 | $677.68 |

| MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | TOTAL ADDED CHGS. | $11.98 |
|---|---|---|---|---|
| PNEXT 11.98 | | 0 | | |

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.
NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
PRICES HEREIN ARE SELLER'S PRICES IN EFFECT AT THE TIME OF SHIPMENT.

**PLEASE PAY THIS AMOUNT ---- >** $689.66

FORM NO. P-SVC2-A Rev. 11/93

Print Exit

Warranty

| Shipper | Carrier | Tracking No. |
|---|---|---|
| P13837 | AIRBORNE EXPRESS | 52399921965 |

Ship Info

RECEIVED
MAR 28 2002