# ✈ TELEDYNE
## CONTINENTAL MOTORS
*A Teledyne Technologies Company*

MOBILE, ALABAMA

**INVOICE**

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA1146SP | NET 30 DAY | 05/30/2002 | 3444/23 |

—————— SOLD TO ——————

STEVENS AVIATION, INC.
GREENVILLE-SPARTANBURG AIRPORT
P.O.BOX 12349
GREENVILLE, SC 29612-0349

—————— SHIPPED TO ——————

STEVENS AVIATION INC.
NASHVILLE INTL. AIRPORT
707 HANGAR LANE
NASHVILLE, TN 37217
UNITED STATES

REMIT TO:
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

WIRE TRANSFER:

MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 646212-19A1R | FUEL PUMP ASSY | P17988 | P17988 | 05/30/2002 | 1 | 40 | $635.99 | $381.60 |
| 649992 | GSKTFPUMP | | | | 5 | 50 | $1.43 | $3.58 |

| MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | TOTAL ADDED CHGS. |
|---|---|---|---|
| PNEXT 11.98 | | AOG CHARGE 77.03 | $89.01 |

**PLEASE PAY THIS AMOUNT ——>  $474.19**

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.
IN NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT
NOTICE. PRICES HEREIN ARE SELLER'S PRICES IN
EFFECT AT THE TIME OF SHIPMENT.

FORM NO. P-SVC2-A Rev. 11/93



Shipper Carrier

P17988  AIRBORNE EXPRESS 6239991862

Tracking No.

Print   Next    Ship Info


RECEIVED
JUN 06 2002



# TELEDYNE
## CONTINENTAL MOTORS
*A Teledyne Technologies Company*

MOBILE, ALABAMA

**INVOICE**

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA1148SPF | NET 90 | 05/30/2002 | 344424 |

REMIT TO:
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

------- SOLD TO -------

STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O.BOX 12349
GREENVILLE, SC 29612-0349

------- SHIPPED TO -------

FUEL INJECTION DEPOSIT BILLING
REFERENCE INFORMATION BELOW
FOR IDENTIFICATION OF
SHIPMENT

WIRE TRANSFER:

MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER  PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|
| 646212-19A1R   FUEL PUMP ASSY | P17988 | 05/30/2002 | 1 | 0 | | $700.00 | $700.00 |

| MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | TOTAL ADDED CHGS. |
|---|---|---|---|
| 0 | 0 | 0 | $0.00 |

**PLEASE PAY THIS AMOUNT —→**   $700.00

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.
NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT
NOTICE.
PRICES HEREIN ARE SELLER'S PRICES IN
EFFECT AT THE TIME OF SHIPMENT.

FORM NO. P-SVC2-A Rev. 11/93

Shipper Carrier
P17988  AIRBORNE EXPRESS 5239991862

Tracking No.

[ Previous ] [ Print ] [ Next ]

[ ShipInfo ]



RECEIVED
JUN 0 6 2002