

# TELEDYNE CONTINENTAL MOTORS
*A Teledyne Technologies Company*

MOBILE, ALABAMA

## INVOICE

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA11673P | NET 30 DAY | 07/03/2002 | 348769 |

REMIT TO:
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

---------SOLD TO---------

STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O. BOX 12349
GREENVILLE, SC 29612-0349

---------SHIPPED TO---------

STEVENS AVIATION INC.
NASHVILLE INT'L. AIRPORT

WAYNE ROARK

WIRE TRANSFER:
MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 641250 | SEAL-NOSE | 641250 | P20118 | 07/03/2002 | 2 | 50 | $36.73 | $36.73 |
| 652458 | GSKTEXHFLG | 652458 | P20118 | 07/03/2002 | 12 | 50 | $5.72 | $34.32 |
| 653981 | GASKET-GEN | 653981 | P20118 | 07/03/2002 | 6 | 50 | $2.52 | $7.56 |
| MS20500-428 | NUT | MS20500-428 | P20118 | 07/03/2002 | 48 | 50 | $4.80 | $115.20 |

| MISCELLANEOUS CHARGES | | MISCELLANEOUS CHARGES | | TOTAL ADDED CHGS. |
|---|---|---|---|---|
| PRFER | 3.81 | 0 | | $3.81 |

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE. PRICES HEREIN ARE SELLER'S PRICES IN EFFECT AT THE TIME OF SHIPMENT.

PLEASE PAY THIS AMOUNT ----> $197.62

FORM NO. P-SVC2-A Rev. 11/93



Shipper Carrier     Tracking No.
P20118 FEDEX GROUND - RPS Small PKG 961201900394829507684

Print    Next    Ship Info



RECEIVED JUL 11 2002