

**TELEDYNE CONTINENTAL MOTORS**
A Teledyne Technologies Company

MOBILE, ALABAMA

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA11673P | NET 30 DAY | 07/26/2002 | 350856 |

**INVOICE**

REMIT TO:
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

--------------- SOLD TO ---------------

STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O. BOX 12349
GREENVILLE, SC 29612-0349
GREENVILLE-SPARTANBURG AIRPORT

--------------- SHIPPED TO ---------------

STEVENS AVIATION INC.
NASHVILLE INT'L. AIRPORT

WAYNE ROARK

WIRE TRANSFER:

MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 646942 | GSKT MAKER | 646942 | P21364 | 07/26/2002 | 1 | 25 | $21.99 | $16.50 |

| MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | MISCELLANEOUS CHARGES | TOTAL ADDED CHGS. | |
|---|---|---|---|---|
| PRFER 3.35 | | 0 | | $3.35 |

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.
NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
PRICES HEREIN ARE SELLER'S PRICES IN EFFECT AT THE TIME OF SHIPMENT.

**PLEASE PAY THIS AMOUNT ---->** $19.85

FORM NO. P-SVC2-A Rev. 11/93

[Print] [Back]

**Shipper Carrier**      **Tracking No.**

P21364   FEDEX GROUND - RPS Small PKG   961201900394829508 0109   [Ship Info]

http://www.tcmlink.com/distributor/Invoiceformindi.cfm?number=350856&checkdeposit=Yes      9/24/2002