# TELEDYNE CONTINENTAL MOTORS
*A Teledyne Technologies Company*

## INVOICE

**REMIT TO:**
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA12549PF | NET 120 | 11/12/2002 | 363888 |

----- SOLD TO -----

STEVENS AVIATION, INC
GREENVILLE-SPARTANBURG AIRPORT
P.O. BOX 12349
GREENVILLE, SC 29612-0349

----- SHIPPED TO -----

MOBILE, ALABAMA

WIRE TRANSFER:
MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 649368-25A1R | PUMP FUEL | 649368-25A1 | P27852 | 11/12/2002 | 1 | 0 | $700.00 | $700.00 |
| MISCELLANEOUS CHARGES | | MISCELLANEOUS CHARGES | | | MISCELLANEOUS CHARGES | | TOTAL ADDED CHGS. | |
| 0 | | | | | 0 | | | $0.00 |

FUEL INJECTION DEPOSIT BILLING
REFERENCE INFORMATION BELOW
FOR IDENTIFICATION OF
SHIPMENT

**PLEASE PAY THIS AMOUNT --->** $700.00

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
PRICES HEREIN ARE SELLER'S PRICES IN EFFECT AT THE TIME OF SHIPMENT.

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

FORM NO. P-SVC2-A Rev. 11/93

[Previous] [Print] [Exit]

**Shipper Carrier**
P27852  AIRBORNE EXPRESS 52400141861

**Tracking No.**
Ship Info



# TELEDYNE CONTINENTAL MOTORS
### A Teledyne Technologies Company

MOBILE, ALABAMA

## INVOICE

| CUST. CODE | CUSTOMER ORDER NUMBER | TERMS | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 76550 | BNA12549P | NET 30 DAY | 11/12/2002 | 363887 |

----- SOLD TO -----

STEVENS AVIATION, INC.
GREENVILLE-SPARTANBURG AIRPORT
P.O. BOX 12349
GREENVILLE, SC 29612-0349

----- SHIPPED TO -----

STEVENS AVIATION INC.
NASHVILLE INT'L AIRPORT
707 HANGAR LANE
WAYNE ROARK

REMIT TO:
P.O. BOX 360 - 576M
PITTSBURGH, PA. 15251

WIRE TRANSFER:
MELLON BANK
ACCOUNT NUMBER: 034-0582
ABA NUMBER: 043000261

| PART NUMBER | PART NAME | CUSTOMER'S PART NUMBER | SHIPPER NO. | SHIPMENT DATE | QUANTITY SHIPPED | DISCOUNT | LIST PRICE EA. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 633958-5 | SEAL-COMP | 633958-5 | P27852 | 11/12/2002 | 10 | 50 | $0.76 | $3.80 |
| 646942 | GSKT MAKER | 646942 | P27852 | 11/12/2002 | 3 | 25 | $21.99 | $49.48 |
| 649368-25A1R | PUMP FUEL | 649368-25A1 | P27852 | 11/12/2002 | 1 | 40 | $732.52 | $439.52 |
| 653747 | GSKT-FPUMP | 653747 | P27852 | 11/12/2002 | 1 | 50 | $1.37 | $0.69 |

| MISCELLANEOUS CHARGES | | MISCELLANEOUS CHARGES | | | | | TOTAL ADDED CHGS. |
|---|---|---|---|---|---|---|---|
| PNEXT 11.98 | | 0 | | | | | $11.98 |

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
PRICES HEREIN ARE SELLER'S PRICES IN EFFECT AT THE TIME OF SHIPMENT.

**PLEASE PAY THIS AMOUNT --->**  $505.47

THE MERCHANDISE LISTED ON THIS INVOICE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. NO PART OR ENGINE MAY BE RETURNED WITHOUT WRITTEN PERMISSION.

FORM NO. P-SVC2-A Rev. 11/93

[Print] [Next]

Shipper Carrier        Tracking No.
P27852  AIRBORNE EXPRESS  52400141861  [Ship Info]

