McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 211113
Invoice Date: 07/13/05
Page: 1

**BILL**
TELEDYNE CONTINENTAL MOTORS
P O BOX 90
MOBILE, AL 36601

**SHIP**
TELEDYNE CONTINENTAL MOTORS
SHIPPING & RECEIVING ENTRANCE
2039 BROAD STREET
MOBILE, AL 36615

| | |
|---|---|
| Sales Ord No: 21924 | Taxable: N |
| Order Date: 07/13/05 | Pmt Terms: NET 30 |
| Account Cd: TELCON | Shipper No: 17888 |
| Salesperson: 0 | Ship Date: 07/13/05 |

| | |
|---|---|
| Purchase Order: 26291 7-13-05 | |
| Ship Via: UPS 1 BOX | |
| FOB: UPS 332168 | |
| Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 001 | 114 | 0 | 10-400614 GASKET | $0.8900 | EA | $101.46 |

07-13-05 PER LARRY GIVENS PARTS ARE TO SHIP UNDER P/N 10-400614
NOT 649986

THANK YOU FOR YOUR ORDER.
ANY PROBLEMS WITH THIS ORDER:
TEL 843-538-2324
FAX 843-538-5683
SEALCRAFTCO@LOWCOUNTRY.COM

| | |
|---|---|
| Subtotal: | $101.46 |
| Freight: | $0.00 |
| Total: | $101.46 |