McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 211782
Invoice Date: 08/24/05
Page: 1

**BILL**
TELEDYNE CONTINENTAL MOTORS
P O BOX 90
MOBILE, AL 36601

**SHIP**
TELEDYNE CONTINENTAL MOTORS
SHIPPING & RECEIVING ENTRANCE
2039 BROAD STREET
MOBILE, AL 36615

Sales Ord No: 22502
Order Date: 08/23/05
Account Cd: TELCON
Salesperson: 0

Taxable: N
Pmt Terms: NET 30
Shipper No: 18527
Ship Date: 08/24/05

Purchase Order: 22158-00-8-23-5
Ship Via: UPS 332168
FOB: ORIGIN
Job Number:

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 001 | 340 | 0 | 652235 GASKET | $0.6900 | EA | $234.60 |

ORDERD BY LARRY GIVENS 8-23-05
SEE LARRY FOR ANY PROBLEMS WITH THESE PARTS
CANNOT BE RETURNED OR CREDIT ISSUED

CERTIFICATION REQUIRED

THANK YOU FOR YOUR ORDER.
ANY PROBLEMS WITH THIS ORDER:
TEL 843-538-2324
FAX 843-538-5683
SEALCRAFTCO@LOWCOUNTRY.COM

Subtotal: $234.60
Freight: $0.00
Total: $234.60