McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 212380
Invoice Date: 10/04/05
Page: 1

**BILL**
TELEDYNE CONTINENTAL MOTORS
P O BOX 90
MOBILE, AL 36601

**SHIP**
TELEDYNE CONTINENTAL MOTORS
SHIPPING & RECEIVING ENTRANCE
2039 BROAD STREET
MOBILE, AL 36615

| | | | |
|---|---|---|---|
| Sales Ord No: 23043 | Taxable: N | Purchase Order: 24117-00 | |
| Order Date: 10/04/05 | Pmt Terms: NET 30 | Ship Via: UPS 332168 | |
| Account Cd: TELCON | Shipper No: 19161 | FOB: ORIGIN | |
| Salesperson: 0 | Ship Date: 10/04/05 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 001 | 25 | 0 | 649964<br>GASKET 4.3X5.3X.031 875667<br>APD MUST BE MARKED | $0.5900 | EA | $14.75 |

SHIP ITEM 001 (TOTAL AMT IN STOCK) UPS RED

BAL ASAP UPS GROUND

THANK YOU FOR YOUR ORDER.
ANY PROBLEMS WITH THIS ORDER:
TEL 843-538-2324
FAX 843-538-5083
SEALCRAFTCO@LOWCOUNTRY.COM

| | |
|---|---|
| Subtotal: | $14.75 |
| Freight: | $0.00 |
| Total: | $14.75 |