McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 213090
Invoice Date: 11/16/05
Page: 1

```
B  TELEDYNE CONTINENTAL MOTORS       S  TELEDYNE CONTINENTAL MOTORS
I  P O BOX 90                        H  SHIPPING & RECEIVING ENTRANCE
L  MOBILE, AL 36601                  I  2039 BROAD STREET
L                                    P  MOBILE, AL 36615
```

Sales Ord No: 23440          Taxable: N              Purchase Order: 37461 10-28-05
Order Date: 10/28/05         Pmt Terms: NET 30       Ship Via: UPS 332168
Account Cd: TELCON           Shipper No: 19667       FOB: ORIGIN
Salesperson: 0               Ship Date: 11/16/05     Job Number:

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|------|-------------|-------------|-------------------------|-------|----|----------------|
| 001  | 289         | 111         | 10-400614<br>GASKET     | $0.8900 | EA | $257.21 |

THANK YOU FOR YOUR ORDER.
ANY PROBLEMS WITH THIS ORDER:
TEL 843-538-2324
FAX 843-538-5683
SEALCRAFTCO@LOWCOUNTRY.COM

Subtotal: $257.21
Freight: $0.00
Total: $257.21