McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 214283
Invoice Date: 02/10/06
Page: 1

| B I L L | TELEDYNE CONTINENTAL MOTORS<br>P O BOX 90<br>MOBILE, AL 36601 | S H I P | TELEDYNE CONTINENTAL MOTORS<br>SHIPPING & RECEIVING ENTRANCE<br>2039 BROAD STREET<br>MOBILE, AL 36615 |
|---|---|---|---|

| Sales Ord No | 24797 | Taxable | N | Purchase Order: | 42302 |
|---|---|---|---|---|---|
| Order Date: | 02/10/06 | Pmt Terms: | NET 30 | Ship Via: | UPS 332168 |
| Account Cd: | TELCON | Shipper No: | 21029 | FOB | ORIGIN |
| Salesperson: | 0 | Ship Date: | 02/10/06 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 001 | 186 | 0 | 10-400614<br>GASKET | $0.8900 | EA | $165.54 |

CUT BAL OF MATERIAL APX 3 SHEETS - 875668
SHIP WHATEVER WE GET FROM THIS MATERIAL

THANK YOU FOR YOUR ORDER.
ANY PROBLEMS WITH THIS ORDER:
TEL 843-538-2324
FAX 843-538-5683
SEALCRAFTCO@LOWCOUNTRY.COM

| | |
|---|---|
| Subtotal: | $165.54 |
| Freight: | $0.00 |
| Total: | $165.54 |