McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 214332
Invoice Date: 02/14/06
Page: 1

| | | |
|---|---|---|
| **B I L L** | TELEDYNE CONTINENTAL MOTORS<br>P O BOX 90<br>MOBILE, AL 36601 | **S H I P** TELEDYNE CONTINENTAL MOTORS<br>SHIPPING & RECEIVING ENTRANCE<br>2039 BROAD STREET<br>MOBILE, AL 36615 |

| | | |
|---|---|---|
| Sales Ord No: 24797 | Taxable: N | Purchase Order: 42302 |
| Order Date: 02/10/06 | Pmt Terms: NET 30 | Ship Via: UPS 332168 |
| Account Cd: TELCON | Shipper No: 21065 | FOB: ORIGIN |
| Salesperson: 0 | Ship Date: 02/14/06 | Job Number: |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 002 | 449 | 0 | 10-400614<br>GASKET | $0.8900 | EA | $399.61 |

ORDER CLOSED WITH QTY SHIPPED

THANK YOU FOR YOUR ORDER.
ANY PROBLEMS WITH THIS ORDER:
TEL 843-538-2324
FAX 843-538-5683
SEALCHAFTCO@LOWCOUNTRY.COM

| | |
|---|---|
| Subtotal: | $399.61 |
| Freight: | $0.00 |
| Total: | $399.61 |