McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 216789
Invoice Date: 08/02/06
Page: 1

```
B  TELEDYNE CONTINENTAL MOTORS     S  TELEDYNE CONTINENTAL MOTORS
I  P O BOX 90                      H  SHIPPING & RECEIVING ENTRANCE
L  MOBILE, AL 36601                I  2039 BROAD STREET
L                                  P  MOBILE, AL 36615
```

| | | | |
|---|---|---|---|
| Sales Ord No: 27091 | Taxable: N | Purchase Order: 31966 | |
| Order Date: 08/02/06 | Pmt Terms: NET 30 | Ship Via: UPS 332168 | |
| Account Cd: TELCON | Shipper No: 23492 | FOB: ORIGIN | |
| Salesperson: 0 | Ship Date: 08/02/06 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 001 | 200 | 0 | 532364-.50<br>FELT STRIP | $1.2500 | EA | $250.00 |

THANK YOU FOR YOUR ORDER.
ANY PROBLEMS WITH THIS ORDER:
TEL 843-538-2324
FAX 843-538-5683
SEALCRAFTCO@LOWCOUNTRY.COM

| | |
|---|---|
| Subtotal: | $250.00 |
| Freight: | $0.00 |
| Total: | $250.00 |