McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 219739
Invoice Date: 04/11/07
Page: 1

**BILL**
TELEDYNE CONTINENTAL MOTORS
P O BOX 90
MOBILE, AL 36601

**SHIP**
TELEDYNE CONTINENTAL MOTORS
SHIPPING & RECEIVING ENTRANCE
2039 BROAD STREET
MOBILE, AL 36615

Sales Ord No: 29040
Order Date: 02/12/07
Account Cd: TELCON
Salesperson: 0

Taxable: N
Pmt Terms: NET 30
Shipper No: 26350
Ship Date: 04/11/07

Purchase Order: 49405
Ship Via: UPS 332168
FOB: ORIGIN
Job Number:

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 20 | 0 | 536570 SEAL ASM OIL CRKSH | $75.2200 | EA | $1,504.40 |

Subtotal: $1,504.40
Freight: $0.00
Total: $1,504.40