McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 229442
Invoice Date: 02/27/09
Page: 1

```
B  TELEDYNE CONTINENTAL MOTORS        S  TELEDYNE CONTINENTAL MOTORS
I  P O BOX 90                         H  SHIPPING & RECEIVING ENTRANCE
L  MOBILE, AL 36601                   I  2039 BROAD STREET
L                                     P  MOBILE, AL 36615
```

| | | |
|---|---|---|
| Sales Ord No: 35589 | Taxable: N | Purchase Order: 57694 |
| Order Date: 08/25/08 | Pmt Terms: NET 30 | Ship Via: UPS 332168 |
| Account Cd: TELCON | Shipper No: 35718 | FOB: ORIGIN |
| Salesperson: 0 | Ship Date: 02/27/09 | Job Number: |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 400 | 0 | 532364-50<br>FELT STRIP | $1.2500 | EA | $500.00 |

| | |
|---|---|
| Subtotal: | $500.00 |
| Freight: | $0.00 |
| Total: | $500.00 |