McPherson Mfg Corp-SC
SealCraft Division
418 Wellston Circle
Walterboro, SC 29488

# INVOICE

Invoice Number: 239635
Invoice Date: 09/03/10
Page: 1

| B I L L | TELEDYNE CONTINENTAL MOTORS<br>P O BOX 90<br>MOBILE, AL 36601 | S H I P | TELEDYNE CONTINENTAL MOTORS<br>SHIPPING & RECEIVING ENTRANCE<br>2039 BROAD STREET<br>MOBILE, AL 36615<br><br>ATTN: REQUESTOR- STEPHANIE DAVIS |
|---|---|---|---|

| Sales Ord No: | 48183 | Taxable: | N | Purchase Order: | 68512 |
|---|---|---|---|---|---|
| Order Date: | 09/03/10 | Pmt Terms: | 1%-10 N-60 | Ship Via: | UPS 332168 |
| Account Cd: | TELCON | Shipper No: | 45525 | FOB: | ORIGIN |
| Salesperson: | 0 | Ship Date: | 09/03/10 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| 001 | 300 | 0 | 532364-.50<br>FELT STRIP | $1.2500 | EA | $375.00 |

| | |
|---|---|
| Subtotal: | $375.00 |
| Freight: | $0.00 |
| Total: | $375.00 |