UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| CASE NO.: 9:10-CV-2152-SB )<br>)<br>EDWARD I. SMITH )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>TELEDYNE CONTINENTAL MOTORS, INC. )<br>)<br>        Defendant )<br>            AND )<br>CASE NO.: 9:10-cv-2546-SB )<br>)<br>JENNIFER DAWN JONES, Individually )<br>and as Administrator of the Estate )<br>of ROBERT GARY JONES )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>TELEDYNE CONTINENTAL MOTORS, )<br>)<br>)<br>        Defendants. )<br>)  | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><u>**ORDER APPROVING WRONGFUL DEATH AND SURVIVAL SETTLEMENT**</u> |

This matter comes before me pursuant to S. C. Code Ann. §§15-51-41, et. seq. and upon the attached verified Petition of Jennifer Dawn Jones, as Administrator of the Estate of Robert Gary Jones, deceased, for an Order approving and confirming the settlement set out in said Petition. The Petition is incorporated herein by reference and fully made a part of this Order.

This action is brought by Petitioner seeking to recover for claims arising for wrongful death and survival.

The settlement proposed between the parties calls for payment of One Million and 00/100 ($1,000,000.00) Dollars by American National Property and Casualty Company, on behalf of

itself and Edward I. Smith, to Jennifer Dawn Jones, as Administrator of the Estate of Robert Gary Jones, deceased.

Additionally, the Petitioner has agreed to execute a Release, including satisfaction of any and all claims, liens, and actions against Edward I. Smith, as more fully set forth in the Release attached and incorporated into the Petition.

After due consideration and inquiry into the circumstances surrounding the incident out of which the causes of action or claims and proposed settlement arose, I find and conclude under the circumstances that this settlement is just and reasonable and in the best interest of those persons represented by the Administrator of the Estate of Robert Gary Jones, deceased. Therefore, I am of the opinion and so find that the settlement is hereby approved and confirmed as provided by and S.C. Code Ann. §§15-51-41, et. seq..

NOW, THEREFORE,

IT IS ORDERED that the settlement be and hereby is approved as a fair, just and reasonable settlement of the contest and controversy existing between the Estate of Robert Gary Jones, deceased, his heirs and beneficiaries, and Edward I. Smith.

AND IT IS FURTHER ORDERED, that Jennifer Dawn Jones, as the Administrator of the Estate of Robert Gary Jones, deceased, whose actions are binding upon the Estate of Robert Gary Jones, deceased, and his heirs and beneficiaries, is directed, authorized and empowered to execute such Release of All Claims, Indemnity and Hold Harmless Agreement, or other documents and to take any appropriate action to effectuate and consummate the settlement, thereby relieving and forever discharging Edward I. Smith from any liability whatsoever and from all claims and demands of whatsoever nature, including, but not limited to, all causes of action for wrongful death and under the survival statute, which the decedent, Robert Gary Jones,

his survivors, heirs, beneficiaries and/or representatives have or might have arising out of said accident.

This 7th day of November, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge